# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DONALD KIRK MCDONALD, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1091

[July 9, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Darren Steele, Judge; L.T. Case No. 432023CF001342CFAXMX.

Daniel Eisinger, Public Defender, and Alan T. Lipson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***